regulated by our acts of assembly does not even contemplate a continuance of this practice.   We therefore feel warranted in determining that a declaration is unnecessary, where the whole case is made out in the scire facias (2).

*Per Curiam.*—The judgment is reversed, with costs.   Cause remanded for proceedings to judgment on the verdict, &c.

*Tabbs* and *Judah*, for the plaintiff.

*Dewey*, for the defendant.

(1) Stat. 1817, p. 189.—*Childs* v. *Eastburn*, ante, p. 118.—Vide Stat. 1823, p. 194.

(2) Vide *Clearwater* v. *Rose*, ante, p. 137.

---

## TREDWAY *v.* GAPIN, in Error.

IT was said by the Court, in this case, that from the time a statute is published in print, by authority, at any place within the state, it takes effect in every part of it, unless the act itself otherwise direct (1).

(1)  The constitution, as to this, is as follows:—"No act of the general assembly shall be in force, until it shall have been published in print, unless in cases of emergency." Art. 11, sec. 8.   The statute now requires the clerks of the Circuit Courts to make a record of the time when the acts and joint resolutions are received in their respective offices, and makes such record in a county the evidence of the time of the publication of the laws therein. Stat. Jan. 1825, p. 55.

At common law, a statute was in force from the first day of the session of parliament in which it was made.   *Hatless* v. *Holmes*, 4 T. R. 660.   But now by the 33 G. 3, a statute takes effect from the time it receives the royal assent, if the act itself provide no other.   6 Bac. 370.   An act of congress is in force from its date, if it fix no other time.   *Matthews* v. *Zane*, 7 Wheat. 164, 211. Vide 1 Kent, 426—429.

---

## M'GARRAH *v.* PRATHER.

*HELD*, that if a bill of interpleader do not contain an offer to bring the money into Court, the omission is a ground of demurrer (1).

(1)    1 Madd. Ch. 174, note z.

---

## WHITTAM and Wife *v.* YOUNG, in Error.

ACTION of slander against husband and wife, for the following words spoken by the wife:—*James Hukel* and his wife